# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ] | |
| Plaintiff ] | |
| v. ] | No. 1:21-cr-116 |
| DESMOND BABLOO SINGH ] | |
| Defendant. ] | |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendant Desmond Babloo Singh, by and through Counsel, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order of Detention Pending Trial entered in this action on May 13, 2021, a copy of which is attached, denying the Defendant's Motion for Release Pending Trial.

Date: 19 May, 2021

Respectfully Submitted,

By: _____/s/_____
Isabelle Raquin #20267
RaquinMercer LLC
5906 Hubbard Drive
Rockville MD 20852
Tel: (301) 880 – 9260
Fax: (833) 816 – 5605
Email: Isabelle@RaquinMercer.com

**/s/ Patrick A. Mullin**
(signed by Isabelle Raquin with permission of Patrick A. Mullin)
Patrick A. Mullin, Esq.
The Law Offices of Patrick A. Mullin
45 Rockefeller Plaza, Suite 2000
New York, New York 10111
T: (212) 639-1600
F: (201) 242-9610

Mullin@Taxdefense.com

Attorney for Defendant, Desmond Babloo Singh

# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MARYLAND
### Baltimore Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ] | |
| Plaintiff | ] | |
| v. | ] | No. 1:21-cr-116 |
| DESMOND BABLOO SINGH | ] | |
| Defendant. | ] | |
| | ] | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of May, 2021, a true and correct copy of the within **DEFENDANT'S NOTICE OF APPEAL** was electronically filed via the ECF system for the U.S. District Court for the District of Maryland, with electronic notice sent to: (a) Christopher M. Rigali, Assistant United States Attorney, U.S. Attorney's Office (Baltimore), 36 S. Charles Street, 4th Floor, Baltimore, Maryland 21201; and (b) Zachary A. Myers, Assistant United States Attorney, U.S. Attorney's Office (Baltimore), 36 S. Charles Street, 4th Floor, Baltimore, Maryland 21201.

Respectfully Submitted,

By: _____/s/_____
Isabelle Raquin #20267
RaquinMercer LLC

**/s/ Patrick A. Mullin**
(signed by Isabelle Raquin with permission of Patrick A. Mullin)
Patrick A. Mullin, Esq.

Dated: 19 May, 2021