

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*Zachary A. Myers*  *Suite 400*  DIRECT: 410-209-4848
*Assistant United States Attorney*  *36 S. Charles Street*  MAIN: 410-209-4800
*Zachary.Myers@usdoj.gov*  *Baltimore, MD 21201-3119*  FAX: 410-962-0716

August 16, 2021

The Honorable Richard D. Bennett
United States District Judge
101 W Lombard St
Baltimore, MD 21201

*VIA ELECTRONIC FILING*

    Re:    *United States v. Desmond Babloo Singh,*    <u>Criminal No. RDB-21-0116</u>

Dear Judge Bennett:

    The defendant was arrested in New York on December 22, 2020, pursuant to a criminal complaint. On April 21, 2021, the Grand Jury returned a four-count indictment charging the defendant with two counts of Cyberstalking and two counts of Aggravated Identity Theft. On June 30, 2021, the defendant was ordered released pursuant to conditions. These conditions include that the defendant reside with his parents in Texas and not use or possess any internet-enabled devices. On July 20, 2021, David W. Fischer entered his appearance as the defendant's new retained counsel. On July 29, 2021, the Court issued a protective order in this case. Pursuant to the protective order, the government has produced voluminous electronic discovery.

    Defense counsel will need time to review the voluminous evidence, discuss it with the defendant, and discuss whether he wishes to pursue a resolution short of trial. This process will be complicated by the fact that the defendant is currently released on conditions and residing with his parents in Texas, and he is ordered not to use or have access to any internet-enabled devices. As such, the parties respectfully request that the Court schedule a telephone status call in approximately 90 days, to update the Court and allow the Court to determine what further schedule should be ordered. The parties have agreed that the government will file a consent motion to exclude time through November 15, 2021, pursuant to the Speedy Trial Act.

    Very truly yours,

    Jonathan F. Lenzner
    Acting United States Attorney

    _____/s/_____
    Zachary A. Myers
    Christopher M. Rigali
    Assistant United States Attorneys

cc: All counsel of record, via ECF