# Law Offices of Fischer & Putzi, P.A.

Empire Towers, Suite 300
7310 Ritchie Highway
Glen Burnie, MD 21061
Telephone: 410-787-1800
Fax: 410-787-1853
fischerandputzi@hotmail.com

January 11, 2022

Magistrate Judge
United States District Court
101 W. Lombard Street
Baltimore, MD 21201

      Re:    <u>United States vs. Desmond Singh</u>
             Criminal No.:   RDB-21-116

Your Honor:

      The above-named Defendant is currently on home confinement pending the resolution of the above-referenced matter.

      I write this letter to respectfully request that the Court modify the Defendant's Conditions of Release to allow him to leave his home with parental supervision and with the prior approval of Pretrial Services.

      **<u>Assistant United States Attorney Christopher Rigali and Pretrial Services Officer Luis Ramos have no objection to the present request</u>**.

      Finally, it is noteworthy that the Defendant remains compliant with all conditions of her release to date.

      Thank you for your consideration.

                                                Yours truly,

                                                /s/

                                                David W. Fischer, Esq.
                                                Federal Bar No. 023787

DWF/amw