IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO.  RDB-21-116 |
| | * | |
| DESMOND BABLOO SINGH, | * | |
| | * | |
| Defendant. | * | |
| | * | |

*******

## MOTION TO STRIKE APPEARANCE

Please strike the appearance of former Assistant U.S. Attorney Zachary A. Myers, in this case as counsel for the United States of America.

Respectfully submitted,

Erek L. Barron
United States Attorney

_____/S/_____
Christopher M. Rigali
Assistant United States Attorney
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
410-209-4800