UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>DESMOND BABLOO SINGH,<br><br>Defendant. | Crim. No. RDB-21-116 |

### ORDER

Upon review of the Consent Motion to Quash Warrant, Dismiss Notice of Apparent Violation, and Advance Defendant's Surrender Date, and for the reasons stated therein, it is hereby **ORDERED** as follows:

1. The Notice of Apparent Violation filed May 19, 2022 (ECF No. 61) is DISMISSED without prejudice;

2. The Arrest Warrant (ECF No. 62) issued upon the Notice of Apparent Violation is QUASHED; and

3. Rather than the surrender date stated in the Court's original judgment, the Defendant is ORDERED to surrender to the U.S. Marshals or his designated Bureau of Prisons facility no later than 9:00 a.m. EST on May 23, 2022, to begin serving the sentence imposed by this Court on April 20, 2022.

It is further ORDERED that the Clerk of the Court provide a copy of this Order to the United States Attorney's Office and to counsel of record for the Defendant.

Dated: May 23, 2022.

_____
Honorable Richard D. Bennett
United States District Judge